ORIGINAL

Approved by: _____
JULIA MCCORMICK
Special Assistant United States Attorney

Before:     THE HONORABLE MARTIN R. GOLDBERG
            United States Magistrate Judge
            Southern District of New York

19m 8148

- - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :       MISDEMEANOR
                                            COMPLAINT
                                    :
        -v-                                 Violation of
                                    :
                                            NYVATL 511(1)(a)
CHRISTOPHER E. SHELTON              :       NYVATL 306(b)

                                    :       COUNTY OF OFFENSE:
        Defendant                           ORANGE
- - - - - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss.:

Brady Barnes

he ~~PAMELA MENDEZ~~, being duly sworn, deposes and says that ~~she~~ is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

COUNT ONE

On or about July 13, 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, CHRISTOPHER E. SHELTON, the defendant, unlawfully, knowingly and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that his license to operate such motor vehicle in New York was suspended, revoked, or otherwise withdrawn by the commissioner, to wit, the defendant was observed operating his motor vehicle at Thayer Gate and an investigation revealed that the defendant's state driver's license had been suspended.

(New York Vehicle and Traffic Law, Section 511(1)(a))

COUNT TWO

On or about July 13, 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States,

in the Southern District of New York, CHRISTOPHER E. SHELTON, the defendant, unlawfully, knowingly and willfully operated a motor vehicle without a valid safety inspection sticker, to wit, the defendant was observed operating his motor vehicle at Thayer Gate and the vehicle inspection sticker had expired in March 2019.

(New York Vehicle and Traffic Law, Section 306(b))

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New York.

2. On or about July 13, 2019 at approximately 10:50 a.m., MP Officer, PV2 Martin, was conducting vehicle safety enforcement at Thayer Gate, when he noticed a black Land Rover with an expired New York State inspection sticker on the front windshield. PV2 informed the driver, identified as the defendant, that the inspection was sticker had expired. A check on the defendant's driver's license revealed that his license had been suspended.

3. The defendant was issued a District Court Violation Notice for operating a motor vehicle while license suspended or revoked (DCVN number 7553332/SY10) and a District Court Violation Notice for expired inspection sticker (DCVN number 7553331/SY10) and was released on his own recognizance.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

PAMELA MENDEZ  Brody Barnes
Court Liaison

Sworn to before me this
29th day of August, 2019

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York