UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

            Plaintiff,

-against-

Christopher E. Shelton,

            Defendant.

7:19-MJ-8148(MRG)

JUDGMENT

---

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on September 26, 2019. The Court thereafter accepted the defendant's plea of guilty to Unlicensed Operation of a Vehicle, in violation of § 509.1 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed on August 29, 2019, it is

ORDERED, ADJUDGED AND DECREED that the Defendant pay a fine of $75.00 by October 29, 2019 or appear on October 30, 2019 to explain why the fine has not been paid.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge